# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Abdallah Al-Anazi,

               Plaintiff,        Case No. 15-cv-12928

v.                                      Judith E. Levy
                                       United States District Judge

Frederick-Thompson Company
d/b/a FTI, and Bill Thompson      Mag. Judge R. Steven Whalen
Transport Inc.,

               Defendants.

_____/

## ORDER GRANTING DEFENDANT'S REQUEST TO FILE AN OVERSIZED BRIEF

This Court considers and grants Defendants' Ex-Parte Request to File an Oversized Brief. Pursuant to LR 7.1 (d)(3)(a) and the published practice guidelines of this Court, Defendant has requested leave to file a brief that may exceed the 25 page limit provided for in LR 7.1 by up to 5 additional pages. This request is supported by the following reasons offered for the Court's consideration:

1. This is a complex Motion involving a request to certify a class of drivers who operated over a period of more than five years, from multiple locations, under the direction of multiple supervisors.

2. The pending Motion is really two motions in one as it seeks both Class Certification and Leave to File an Amended Complaint.

3. The legal issues presented in the Motion and Response cover up to 7 separate elements (four arising under FRCP 23(a) and three arising under FRCP 23(b)) for class certification and additional elements regarding the underlying claims that must be addressed as well.

Having considered Defendants' reasons:

IT IS THEREFORE ORDERED that Defendants' motion is granted and that Defendant's brief is permitted to consist of 5 additional pages.

IT IS SO ORDERED.

Dated: March 24, 2017        s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
                                      United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 24, 2017.

                                      <u>s/Felicia M. Moses</u>
                                      FELICIA M. MOSES
                                      Case Manager