UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Abdallah Al-Anazi,

                Plaintiff,        Case No. 15-cv-12928

v.                                         Judith E. Levy
                                              United States District Judge

Frederick-Thompson Company
d/b/a FTI, and Bill Thompson       Mag. Judge R. Steven Whalen
Transport Inc.,

                Defendants.

_____/

**ORDER GRANTING DEFENDANTS' REQUEST TO FILE AN OVERSIZED EXHIBIT IN THE TRADITIONAL MANNER**

    This Court considers and grants Defendants' Ex-Parte Request to File an Oversized Exhibit in the traditional manner. Pursuant to LR 5.1(a) and (d) and 5.1.1(a), and R18 of this Court's Electronic Filing Policies and Procedures, all exhibits must be filed electronically in 8 ½ x 11 inch PDF format, except on good cause shown by a party to be excused from the electronic filing requirements. Defendants have offered the following for the Court's consideration:

1. Defendants are preparing to file a Brief in Response to Plaintiff's Motion for Class Certification.

2. One of the exhibits accompanying Defendants' Brief is an Excel spreadsheet with dimensions exceeding 8 ½ x 11 inches.

3. Defendants have attempted to reformat the document in various ways, e.g., enlarging the font size and shrinking the document to fit within an 8 ½ x 11 inch page, but all attempts have rendered the spreadsheet illegible and/or resulted in each row extending horizontally for multiple pages.

4. Defendant's counsel has represented the Excel spreadsheet is necessary to establish a relevant threshold for the determination of whether the class certification standards have been met.

5. Defendant's counsel has further represented that the underlying records supporting the Excel spreadsheet have been provided or made available to Plaintiff at least six months ago.

6. Defendant's counsel has represented that a good faith effort to seek the stipulation of counsel was attempted by serving Plaintiff's counsel with a copy of the proposed exhibit and the request to file

it in the convention manner on Thursday, March 23 at 9:40am but concurrence has neither been agreed to nor denied.

Having considered Defendants' reasons and finding that Defendants' have shown good cause to be excused from the electronic filing requirements of this Court:

IT IS THEREFORE ORDERED that Defendants' motion to file an oversized exhibit in the traditional manner is granted.

IT IS SO ORDERED.

Dated: March 24, 2017         s/Judith E. Levy
Ann Arbor, Michigan         JUDITH E. LEVY
                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 24, 2017.

                                        s/Felicia M. Moses
                                        FELICIA M. MOSES
                                        Case Manager